UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Wells Fargo Bank, N.A.<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Bryan E. Reihl, et al.<br><br>　　　　Defendants. | Case No. 1:07-cv-02398<br><br>Judge Solomon Oliver, Jr.<br><br>**MOTION TO DISMISS FOR FORBEARANCE PLAN WITH CONTINUING JURISDICTION TO ENFORCE PLAN** |

　　　Now comes the Plaintiff, Wells Fargo Bank, N.A. ("Plaintiff"), by and through counsel, and respectfully informs the Court that Plaintiff and Defendant have entered into a Forbearance Plan. Defendant is current on the plan as of this filing date. Plaintiff therefore moves the Court for an order dismissing the case, but retaining jurisdiction to reopen the matter to complete the foreclosure should there be a default thereon.

1/29/2008 - Motion is granted in part and denied in part. This case is dismissed without prejudice, with the court retaining jurisdiction to reopen only until April 15, 2008.
IT IS SO ORDERED.
/s/SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　 /s/  Kevin L. Williams
　　　　　　　　　　　　　　　　　　　Kevin L. Williams (0061656)
　　　　　　　　　　　　　　　　　　　Manley Deas Kochalski LLC
　　　　　　　　　　　　　　　　　　　P. O. Box 165028
　　　　　　　　　　　　　　　　　　　Columbus, OH  43216-5028
　　　　　　　　　　　　　　　　　　　Telephone: 614-222-4921
　　　　　　　　　　　　　　　　　　　Fax:  614-220-5613
　　　　　　　　　　　　　　　　　　　Email: klw-f@mdk-llc.com
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

G:\Cases - TM\07-18273\HOLD-080122-SJW.wpd